# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

**JUDGMENT IN A CIVIL CASE**

TRAMMEL DEWAIN SLAUGHTER,
    Plaintiff,

v.

                                      CASE NUMBER: 1:12-cv-1178-JDT

CORRECTIONS CORPORATION OF
AMERICA, ET AL.,
    Defendants,

      **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 2/8/13, this action is hereby **DISMISSED** without prejudice. It is therefore CERTIFIED, pursuant to Fed. R. App. P. 24(a), that any appeal in this matter by Plaintiff would not be taken in good faith.  Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED.  Accordingly, if Plaintiff files a notice of appeal, he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals within thirty (30) days.

**APPROVED:**

                                        s/ James D. Todd
                                        **JAMES D. TODD**
                                        **UNITED STATES DISTRICT JUDGE**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Jennifer Hodge**
**DEPUTY CLERK**